UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DAVID HUGHES, | ) | Case No.: C 11-3991 PSG |
| Plaintiff, | ) | **CASE MANAGEMENT ORDER** |
| v. | ) | |
| TELEGENT SYSTEMS USA, INC., ET AL., | ) | |
| Defendants. | ) | |

On November 15, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the following modifications to presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply: Defendant Telegent may depose Plaintiff Huges for two days.

IT IS FURTHER ORDERED that the parties are referred to the ADR Department to select

Case No. C 11-3991 PSG
CASE MANAGEMENT CONFERENCE ORDER                                                                 1

an ADR process. However, the parties are relieved from undertaking an ADR process until they are able to conduct further discovery.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Fact Discovery Cutoff ............................................... August 31, 2012

Designation of Opening Experts with Reports ...................... November 16, 2012

Designation of Rebuttal Experts with Reports ..................... December 14, 2012

Expert Discovery Cutoff ............................................ December 28, 2012

Deadline(s) for Filing Discovery Motions .................... *See* Civil Local Rule 37-3

Last Day for Dispositive Motion Hearing[1] ............. 10:00 a.m. on February 14, 2013

Final Pretrial Conference ............................. 2:00 p.m. on March 26, 2013

Trial ................................................. 9:30 a.m. on April 8, 2013

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: November 16, 2011

                                            PAUL S. GREWAL
                                            United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

Case No. C 11-3991 PSG
CASE MANAGEMENT CONFERENCE ORDER                                    3