A. Alan Berger, State Bar #47459
LAW OFFICES OF A. ALAN BERGER
95 S. Market Street, Suite 300
San Jose, California 95113
Telephone: (408) 536-0500
Fax: (408) 536-0504

Attorneys for Plaintiff
DAVID HUGHES

RECEIVED
DEC 29 2011
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HUGHES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TELEGENT SYSTEMS USA, INC.; GEOFF RIBAR and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 5:11-cv03991-PSG<br><br>**ORDER GRANTING CONTINUANCE OF THE HEARING DATE OF DEFENDANT TELEGENT SYSTEMS USA, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing Date: January 24, 2012<br>Time: 10:00 am<br>Courtroom: 5<br>Judge: Magistrate Judge Paul Grewal |

　　　　The Parties who have appeared in the above entitled action, to wit: Plaintiff David Hughes and Defendant Telegent Systems, Inc. have stipulated to continue the hearing date for Defendant's Motion to Dismiss currently set for January 24, 2012 to February 7, 2012 and the corresponding dates for a Response and a Reply to the Motion.

　　　　Based on the Stipulation and the pleadings and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

　　　　1. The hearing date of for the Motion to Dismiss is continued to  2/7/2012  ,

ORDER - 1

2012 at \_\_\_\_10AM\_\_\_\_ in Courtroom 5.

2. Plaintiff's Response shall be filed by January 10, 2012.

3. Defendant's Reply shall be filed by January 17, 2012.

IT IS SO ORDERED.

Dated: 12/29/2011                           Paul S. Grewal

The Honorable Paul S. Grewal